STATE OF CONNECTICUT *v.* WILLIAM L.

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 472 (AC 31383), is denied.

NORCOTT and HARPER, Js., did not participate in the consideration of or decision on this petition.

*Elizabeth M. Inkster*, senior assistant public defender, in support of the petition.

*Kathryn Ward Bare,* assistant state's attorney, in opposition.

Decided March 23, 2011